CARNER BROTHERS, INC., et al., Respondents, *v.* JULIUS STEINBERG et al., Appellants.

(Submitted March 28, 1930; decided April 11, 1930.)

*Meier Steinbrink* and *Harold M. Kennedy* for appellants. *Joseph P. Tolins* and *I. Henry Kutz* for respondents.

Judgment modified by deducting the sum of $500 allowed for the brokers' commissions and as modified affirmed, with costs to the respondents; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.